B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Eastern District Of Texas

In re  Patty Saez  ,  ) Case No.  25-41676-R
      Debtor )
) Chapter  7
)
Ali Rafiq and Kaoutar Settar )
)
      Plaintiff )
)
v. ) Adv. Proc. No.  25-4075
)
Patty Saez )
      Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:  U. S. Bankruptcy Court
                                   300 Willow Street, Suit 100
                                   Beaumont, Texas 77701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
    Sidney H. Scheinberg - Godwin Bowman PC
    500 N. Akard Street, Suite 1100
    Dallas, TX 75201-3499

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/S/ Jason McDonald

Date: 11/10/2025

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Naomi White Chaney (name), certify that service of this summons and a copy of the complaint was made November 10, 2025 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Patty Sky Elenia Saez
13683 Wayside Lane
Frisco, TX 75035

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
Patty Sky Elenia Saez
13683 Wayside Lane
Frisco, TX 75035

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 11/10/2025   Signature _____

Print Name:   Naomi White Chaney

Business Address:   500 N Akard Street, Suite 1100
Dallas, TX 75201